825 A.2d 617

Sean HANNON, Appellant,

v.

Pennsylvania BOARD OF PROBATION & PAROLE, Appellee.

Supreme Court of Pennsylvania.

April 29, 2003.

## ORDER

PER CURIAM.

AND NOW, this 29th day of April, 2003, probable jurisdiction is noted and the order appealed is affirmed. The Application for the Appointment of Counsel is denied.